Clerk
United States District Court
for the Eastern District of PA
601 Market Street, Room 2609
Philadelphia, PA. 19106

To: Whomever this May Concern,

On May 18, 2023 I Tyrece Ligon/NK7138 at the Institution of SCI Chester ask inmate accounts to remove funds in a payable check of $5.00, so that my petition could be filed. Also I attached a Certified Mail slip for whomever to sign it once it reach the above address.
So I ask could you send me a docket sheet to the below address. Thank You!

Sincerly,
Tyrece Ligon/NK7138
500 E. 4th Street
Chester, PA. 19013

CC



Smart Communications/PADOC
SCI- Chester
Name Tyree Ligon
Number NK7138
PO Box 33028
St Petersburg FL 33733

U.S.M.S. X-RAY
X-RAY U.S.M.S.

Clerk
United States District Court
for the Eastern District of PA.
601 Market Street, Room 2609
Philadelphia, PA. 19106

MAY 30 2023